UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ROBERT D. SANGO,

    Plaintiff,       Case No. 1:15-cv-221

v.             Honorable Paul L. Maloney

UNKNOWN WATKINS,

    Defendant.
_____/

## JUDGMENT

  In accordance with the Order issued this date,

  **IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated: May 11, 2015      /s/ Paul L. Maloney
                Paul L. Maloney
                Chief United States District Judge